# UNITED STATES BANKRUPTCY COURT

EASTERN District of MICHIGAN

In re Jeffrey R. Tarsha
    Karri L. Tarsha
    Debtor

Case No. 12-50014

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to §1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: PHH Mortgage Corporation

Court claim no. (if known): 11

Last four digits of any number you use to identify the debtor's account: xxxxxx9290

Date of payment Change: 10/1/2013
Must be at least 21 days after date of this notice

Property address: 901 Bradish St Unit 25, Adrian MI 49221-3793

TT# 403341B02

New total payment: $938.14
Principal, Interest, and escrow if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
X Yes. Attached is a copy of the escrow account statement, prepared according to applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

_____

Current escrow payment: $_176.38_____    New escrow payment: $_186.30_____

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's Variable-rate note?

X No
☐ Yes. Attached is a copy of the rate change notice, prepared according to applicable nonbankruptcy law. Describe the basis for the change. If a notice is not attached, explain why: _____

_____

Current interest rate: _____%    New interest rate: _____%
Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

X　No

☐　Yes. Attached is a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

　　Reason for change: _____

　　Current mortgage payment: $_____　　　　　New mortgage payment: $_____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:
☐ I am the creditor.　　☐ I am the creditor's authorized agent.
　　　　　　　　　　　　　　　(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X　/S/ [signature]　　　　　　　　　　　　　　　　　Date　5/15/2013
　　Signature

| | | |
|---|---|---|
| **Print:** | Adam Reatherford P70827<br>First Name　Middle Name　Last Name | Title　Attorney for PHH Mortgage Corporation |
| Company | Trott & Trott, P.C. | |
| Address | 31440 Northwestern Hwy Ste 200<br>Number　Street | |
| | Farmington Hills MI 48334-5422<br>City　　　　　State　Zip Code | |
| Contact Phone | 248.642.2515 | Email　EasternECF@trottlaw.com |



Mortgage Service Center
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Your annual escrow statement
April 22, 2013

Loan number: ######9290

### Questions?

Visit us at
www.MortgageQuestions.com
Call toll free 1-888-418-0364
Fax 1-856-917-8300

```
9000134  NK  4550  RE       CB
JEFF R TARSHA
901    BRADISH ST #25
ADRIAN, MI 49221
```

### Your current monthly mortgage payment
as of 04/22/2013 — $928.22

### Your new monthly mortgage payment effective in October 2013

| | |
|---|---|
| Principal and interest | $751.84 |
| Escrow deposit* | $179.78 |
| Escrow shortage | $6.52 |
| **Total new monthly payment** | **$938.14** |

*Please note: if you pay the shortage amount all at once, your new monthly payment will be $931.62.*

### Your escrow account balance

| | |
|---|---|
| Your projected balance on September 30, 2013 | 187.25 |
| Your required balance on September 30, 2013 | 359.55 |
| **Your escrow account shortage** | **$78.19** |

### Your escrow account has a shortage

Your escrow account has a shortage of $78.19, which you are required to pay. The escrow shortage has been spread over 12-months and added to your new monthly payment. If you prefer to pay your escrow account shortage all at once, you may do so online. By paying the shortage amount now, your new monthly mortgage payment will be $931.62.

Visit our website for up-to-date information about tax and insurance disbursements, recent payments, account balances and more!

### How we calculated your new monthly escrow payment

To calculate your new monthly escrow payment, we added up the estimated or actual tax and insurance payments on your account for the 12 months starting with October 2013, and divided the total by 12.

| | |
|---|---|
| CITY TAX | $1,502.35 |
| HAZARD INS | $655.00 |
| **Total** | **$2,157.35** |
| *Your new monthly escrow payment (one-twelfth of the total) | **$179.78** |

### Your escrow account projections for the next year

| Date | Description | Estimated amounts paid into your escrow account ($) | Estimated amounts paid out of your escrow account ($) | Estimated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
| | Opening balance | | | 187.25 | 359.55 |
| October | | 179.78 | | 367.03 | 539.33 |
| November | | 179.78 | | 546.81 | 719.11 |
| December | CITY TAX | 179.78 | 245.89 | 480.70 | 653.00 |
| January | | 179.78 | | 660.48 | 832.78 |
| February | | 179.78 | | 840.26 | 1,012.56 |
| March | | 179.78 | | 1,020.04 | 1,192.34 |
| April | | 179.78 | | 1,199.82 | 1,372.12 |
| May | | 179.78 | | 1,379.60 | 1,551.90 |
| June | | 179.78 | | 1,559.38 | 1,731.68 |
| July | | 179.78 | | 1,739.16 | 1,911.46 |
| August | CITY TAX | 179.78 | 1,256.46 | 662.48 | 834.78 |
| September | HAZARD INS. | 179.78 | 655.00 | 187.26 | 359.56* |

* Your required escrow account balance is the amount required by federal law, state law and your mortgage contract. It may include a cushion of up to $359.56 (up to 2/12ths of the total estimated amount being paid out of your escrow account).

*Tear off here*

Page 1 of 2

## Escrow analysis coupon

If you prefer to pay your escrow account shortage all at once, you may do so online.

JEFF R TARSHA

Loan Number
Amount due — $78.19

## Escrow Account History

This is a statement of actual activity in your escrow account shown in comparison to the projections we used in your prior escrow analysis.

| Date | Description | Amounts paid into your escrow account | | Amounts paid out of your escrow account | | Escrow account balance | |
|---|---|---|---|---|---|---|---|
| | | Estimated ($) | Actual ($) | Estimated ($) | Actual ($) | Estimated ($) | Actual ($) |
| | Opening balance | | | | | 1,351.71 | 1,257.60 |
| May | | 176.38 | 176.38 | | | 1,528.09 | 1,433.98 |
| June | | 176.38 | 176.38 | | | 1,704.47 | 1,610.36 |
| July | CITY TAX | 176.38 | 176.38 | | 1,256.46* | 1,880.85 | 530.28 |
| August | CITY TAX | 176.38 | 176.38 | 1,319.85 | * | 737.38 | 706.66 |
| September | HAZARD INS. | 176.38 | * | 561.00 | 655.00* | 352.76 | 51.66 |
| October | | 176.38 | * | | | 529.14 | 51.66 |
| November | | 176.38 | * | | | 705.52 | 51.66 |
| December | CITY TAX | 176.38 | 176.38 | 235.71 | 245.89* | 646.19 | -17.85 |
| January | | 176.38 | 1,234.66* | | | 822.57 | 1,216.81 |
| February | | 176.38 | 176.38 | | | 998.95 | 1,393.19 |
| March | | 176.38 | * | | | 1,175.33 | 1,393.19 |
| April | | 176.38 | 529.14* | | | 1,351.71 | 1,922.33 |
| August | CITY TAX | | E | | 1,256.46E | 1,351.71 | 665.87 |
| September | HAZARD INS. | | 176.38 E | | 655.00E | 1,351.71 | 187.25 |

* An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. The letter (E) beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year, we estimated that the total amount paid out of your escrow account would be $2,116.56.

Under federal law, your lowest actual escrow account balance should not have been more than $352.76. Your required escrow account balance is the amount required by federal law, state law and your mortgage contract. In addition to the actual projected disbursements from the account, your escrow account balance may include an amount not greater than one-sixth (1/6) of the estimated total annual disbursements from the escrow account.

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account, or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. If you do not want us to use the information from your check to make a one time electronic funds transfer or if you have any questions, please call us at the phone number shown on the front of this statement.

Page 2 of 2

### Change of name or address

If your contact information has changed, please give us the new information below.

Name (first, middle, last)

Address (number and street)     Suite no.

City     State     Zip code

Home telephone     Business telephone     Extension

( )     ( )

E-mail address

12-50014-pjs    Doc 88    Filed 05/15/13    Entered 05/15/13 10:37:27    Page 4 of 4